# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1825
Lower Tribunal No. 24-SC-000773

_____

DAVID F. GERARDUZZI,

Appellant,

v.

GEORGE PSZOTA and EURO CARS, LLC,

Appellees.

_____

Appeal from the County Court for Lee County.
Lindsay S. Garza, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


David F. Gerarduzzi, Miromar Lakes, pro se.

Brendan J. Shearman, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED